772 So.2d 581 (2000)
Phillip R. FRANTZ, Appellant,
v.
Michael W. MOORE, Appellee.
No. 1D00-2401.
District Court of Appeal of Florida, First District.
November 28, 2000.
Appellant, pro se.
Robert A. Butterworth, Attorney General, Tallahassee, for Appellee.
PER CURIAM.
Because a motion for rehearing of an order denying a motion for relief from judgment is not authorized, the motion for rehearing did not toll the time for filing a notice of appeal. See Intercoastal Marina Towers, Inc. v. Suburban Bank, 506 So.2d 1177 (Fla. 4th DCA 1987); Talley v. Canal Indem. Co., 558 So.2d 1088 (Fla. 4th DCA 1990) (Anstead, J., concurring). Accordingly, we dismiss this appeal for lack of jurisdiction.
ERVIN, LAWRENCE, and PADOVANO, JJ., CONCUR.